**Order entered February 9, 2023**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00788-CV

### IN THE INTEREST OF L.A.M. AND L.A.M., CHILDREN

**On Appeal from the 254th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-19-20368**

### ORDER

By this order, we remove this case from submission on February 22, 2023

and set the case for submission today, February 9, 2023.  *See* TEX. R. APP. P. 2.


                                        /s/      DENNISE GARCIA
                                                 JUSTICE